**United States District Court**
For the Northern District of California

1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5
6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8    IN RE:

9    COLFAX CAPITAL CORPORATION,                No. C 14-04638 WHA

10               Debtor.

11   ──────────────────────────────── /

12   WAYNE A. SILVER,                           **ORDER TO SHOW CAUSE**

13               Appellant,

14      v.

15   ADVANCED ASSET ACQUISITION
     CORPORATION, ENHANCED ASSET
16   MANAGEMENT CORPORATION, and
     MONTGOMERY HARRELL,

17               Appellees.

18   ──────────────────────────────── /

19        On December 12, appellant Wayne Silver filed an opening brief and request for judicial

20   notice.  The certificate of service stated that appellant's papers were served the same day.

21   An electronic notice was also sent (Dkt. No. 6).  No opposition brief was filed.

22   By **JANUARY 9 AT NOON**, appellee shall please show cause why no responsive brief was filed

23   and file any opposition to appellant's brief.  The reply brief is due by **JANUARY 23 AT NOON**.

24   Appellant shall promptly mail a copy of this order to counsel for appellees.

25        **IT IS SO ORDERED.**

26   Dated:    January 6, 2015.

27                                              ────────────────────────────
                                                WILLIAM ALSUP
28                                              UNITED STATES DISTRICT JUDGE